IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| FREDERICK GIBBONS and SOULTRY SOUNDS ENTERPRISE, INC., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CV 123-174 |
| SEDERA FLETCHER HOWE, ) ) | |
| Defendant. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Defendant's motion to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** this case without prejudice because there is no subject-matter jurisdiction and Defendant has not identified a pending state court action for remand, and **CLOSES** this civil action.

SO ORDERED this 5th day of January, 2024, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA